UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:10-cr-546-T-17TGW

REGINALD NATHANIEL GRAVES

### FINAL JUDGMENT OF FORFEITURE

THIS CAUSE comes before the Court upon the filing of the Motion by the United States for a Final Judgment of Forfeiture, pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), 21 U.S.C. § 853(n)(7), and Fed. R. Crim. P. 32.2(c)(2) for 35 rounds of .38 Special Winchester ammunition ("Winchester ammunition").

The Court, being fully advised in the premises, hereby finds as follows:

1. On March 2, 2011, the Court granted the United States' motion and entered the Preliminary Order of Forfeiture, forfeiting to the United States of America, Graves' right, title, and interest in the Winchester ammunition. (Doc. 31).

2. On April 21, 2011, Graves was sentenced, and the Winchester ammunition was found subject to forfeiture and included in the Judgment. (Docs. 34, 39).

3. In accordance with 21 U.S.C. § 853(n) and Rule 32.2(b)(6)(C), the United States published notice of the forfeiture, and of its intent to dispose of the

Winchester ammunition, on the official government website, www.forfeiture.gov, from March 3, 2011 through April 1, 2011. (Doc. 33). The publication gave notice to all third parties with a legal interest in the Winchester ammunition to file with the Office of the Clerk, United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interest within sixty (60) days of the first date of publication.

4. No person or entity, other than the defendant, Graves, whose interest was forfeited to the United States in the Preliminary Order of Forfeiture, is known to have an interest in the Winchester ammunition. No third party has filed a petition or claimed an interest in the Winchester ammunition, and the time for filing a petition has expired. Thus, any third-party interest in the Winchester ammunition is now barred.

5. The Court finds that the Winchester ammunition is the property of defendant Reginald Nathaniel Graves.

Accordingly, it is hereby

**ORDERED, ADJUDGED** and **DECREED** that the United States' motion is **GRANTED**. It is FURTHER ORDERED that all right, title and interest in the Winchester ammunition is CONDEMNED and FORFEITED to the United States of America, pursuant to the provisions of 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), 21 U.S.C. § 853(n)(7), and Fed. R. Crim. P. 32.2(c)(2) for disposition according to law.

Clear title to the Winchester ammunition is now vested in the United States of America.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 6th day of JUNE, 2011.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:  Anita M. Cream, AUSA
           Attorney of Record